UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

ANTHONY AREIZAGA

                Plaintiff,

    -against-                             CASE NO. 1:18-cv-00641


JEFFREY G. LERMAN, P.C.

                Defendant.

_____


## NOTICE OF DISMISSAL WITH PREJUDICE


**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby stipulates to and gives notice of the dismissal with prejudice of the above-entitled and numbered action.

                            Respectfully submitted,

                            /s/ David Palace
                            David Palace, Esq.
                            LAW OFFICE OF DAVID PALACE
                            383 Kingston Avenue #113
                            Brooklyn, NY 11213
                            Tel: 347-651-1077
                            Fax: 347-464-0012

                            ATTORNEY FOR PLAINTIFF

The application is __✓__ granted.
SO ORDERED __✓__ denied

s/WFK

William F. Kuntz, II, U.S.D.J.
Dated:  March 2? 2018
       Brooklyn, New York

-1-